38909. McMAHON v. FOLDS *et al.*

TOWNSEND, Presiding Judge. The bill of exceptions in this case, after reciting the final judgment of the court, states merely that "Plaintiff disagrees with this ruling." A bill of exceptions containing no assignment of error cannot be entertained by this court. *Lawson v. Brown*, 31 Ga. App. 302 (120 SE 550). Examination of the record in the *Lawson* case shows that it recited only: "The judgment in said case was adverse to petitioner and he is dissatisfied therewith." In neither case does the bill of exceptions "specify plainly . . . the alleged error" as required by *Code Ann.* § 6-901, and the motion to dismiss the bill of exceptions is therefore meritorious.

*Writ of error dismissed. Frankum and Jordan, JJ., concur.*
DECIDED JUNE 22, 1961—REHEARING DENIED JULY 7, 1961.

*A. B. Parker,* for plaintiff in error.
*O. W. Roberts, Jr.,* contra.